FILED
2016 Sep-02 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEREN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHAMEKA M. BRIDGES and PETERSON BRIDGES** | ) ) ) | |
| **Plaintiffs** | ) ) | **Civil Action No.: 2:14-cv-036** |
| v. | ) ) ) | |
| **BAYER HEALTHCARE PHARMACEUTICALS INC., et al.** | ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF FILING OF EXHIBITS

Plaintiffs respectfully notify the Court and all parties that she experienced difficulties with the ECF/CM system last evening that prevented her from filing the attached Exhibits to DN 96. Should the Court find it necessary, Plaintiff has screen shots memorializing the error codes returned from the ECF/CM system and will file them upon request from the Court.

Respectfully submitted,

JONES WARD PLC

 /s/ Lawrence L. Jones II
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
(502) 882-6000
larry@jonesward.com
*Admitted Pro Hac Vice*

and

Navan Ward , Jr
BEASLEY ALLEN CROW METHVIN
PORTIS &MILES PC
P.O. Box 4160
Montgomery, AL 36103
Tel: (334) 269−2343| Fax: (334) 954−7555
navan.ward@beasleyallen.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that that the undersigned has served all counsel of record via the Court's ECF/CM system on this 2nd day of September 2016.

                                                           _/s/ Lawrence L. Jones II_____