FILED
2016 Sep-15 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| KATRINA DAWN COPLEY, | : | Civil Action No. |
| Plaintiff, | : | 3:14-cv-00406 |
| v. | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS, INC., BAYER | : | |
| PHARMA AG, and BAYER OY, | : | |
| Defendants. | : | |

VIDEOTAPED DEPOSITION OF

DAVID B. ROSS, M.D., Ph.D., M.B.I.

Baltimore, Maryland

Friday, April 8, 2016

9:00 a.m.

Reported by: Linda S. Kinkade RDR CRR RMR CSR

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 2

 5      The following is the transcript of the
 6  videotaped deposition of DAVID B. ROSS, M.D., Ph.D.,
 7  M.B.I. held at the offices of:

10      Janet Jenner & Suggs
11      Commerce Centre East
12      1777 Reisterstown Road
13      Baltimore, Maryland 21208

17      Taken pursuant to applicable Rules of Civil
18  Procedure, before Linda S. Kinkade, Registered
19  Diplomate Reporter, Certified Realtime Reporter,
20  Registered Professional Reporter, Registered Merit
21  Reporter, Certified Shorthand Reporter, as licensed
22  by the State of California, and Notary Public, as
23  commissioned by the State of Maryland.

Page 4

 1              INDEX OF EXAMINATION
 3  EXAMINATION of DAVID B. ROSS, M.D.      PAGE
 4      BY MR. SCHMIDT              10
 5                                  407
 6      BY MS. HORNER               362
 7                                  465

Page 3

 1  APPEARANCES:
 3  On Behalf of Plaintiff:
 4      Jones Ward PLC
 5      By: Lauren Horner, Esquire
            lauren@jonesward.com
 6      By: Lawrence L. Jones II, Esquire
            larry@jonesward.com
 7      Marion E. Taylor Building
 8      312 South Fourth Street, Sixth Floor
 9      Louisville, KY 40202

14  On Behalf of Defendants:
15      Covington & Burling LLP
16      By: Paul W. Schmidt, Esquire
            pschmidt@cov.com
17      By: Gregory L. Halperin, Esquire
            ghalperin@cov.com
18      One City Center
19      850 Tenth Street, NW
20      Washington, DC 20001

23  Also present:
24      David Lane, Video Tech

Page 5

              E X H I B I T S

NO.     DESCRIPTION                         PAGE
Exhibit 1   Expert Report of David B. Ross,      11
            M.D., Ph.D., M.B.I.
Exhibit 2   Plaintiff Katrina Dawn Copley's      17
            Responses to Defendants' Notice
            of Video Deposition of David B.
            Ross, M.D.
Exhibit 3   David B. Ross Updated 4/7/2016      33
            Journal Articles and Other
            Literature
Exhibit 4   Expert Witness Retention            34
            Contract
Exhibit 5   Jacobson/Feigal: Red Sky in the     36
            Morning: Modifying Prescription
            Drug Labels as a Result of
            Postmarket Surveillance
Exhibit 6   Guidance for Industry: Safety       42
            Labeling Changes Implementation
            of Section 505(o)(4) of the
            FD&C Act

Page 6

| | | |
|---|---|---|
| Exhibit 7 | Department of Health & Human Services \| Letter dated 11/12/1992 re changes to the Norplant System label | 43 |
| Exhibit 8 | Invoice dated 2/15/2016 re Mirena from David B. Ross billed to Jones Ward PLC | 44 |
| Exhibit 9 | ISR \| Age \| Therapy \| Event date \| Calculated ... Ross OV 2.0 Results | 59 |
| Exhibit 10 | Center for Drug Evaluation and Research Approval Package for Application Number 20-634/S062 and 20-634/S064 Trade Name: Levaquin | 71 |
| Exhibit 11 | MIR_KCOPLEY_JSEU_000000009.xls pages 1-74 | 76 |
| Exhibit 12 | Evans: Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports | 83 |
| Exhibit 13 | OpenVigil 2.0 Screenshot | 102 |
| Exhibit 14 | OpenVigil 2.0 Screenshot | 103 |

Page 7

| | | |
|---|---|---|
| Exhibit 15 | OpenVigil \| a pharmacovigilance data analysis tool | 110 |
| Exhibit 16 | OpenVigil 2.0 Screenshot | 122 |
| Exhibit 17 | OpenVigil 2.0 Screenshot | 174 |
| Exhibit 18 | ARVO 2015 Annual Meeting Abstracts | 174 |
| Exhibit 19 | Berlex \| Drug Development & Technology August 28, 2000 re: NDA 21-225 Mirena MIR_INDNDA_00032125 - MIR_INDNDA_00032152 | 249 |
| Exhibit 20 | Suspect Adverse Reaction Report MIR_KJEU_00000938 - MIR_KJEU_00000942 | 249 |
| Exhibit 21 | Berlex Laboratories, Inc. Memorandum dated March 31, 1998 re FDA Minutes of the January 27, 1998 Meeting to Discuss LNG-IUS MIR_JR_00010228 - MIR_JR_00010234 | 278 |
| Exhibit 22 | Diagram drawn by deponent with curves not to scale for Skyla, Norplant and Mirena | 318 |

Page 8

| | | |
|---|---|---|
| Exhibit 23 | Schering \| Mirena Excerpt Periodic Safety Update Report MIR_AC_00174527 - MIR_AC_00174555 | 323 |
| Exhibit 24 | Therapeutic Advances in Drug Safety \| Risk of intracranial hypertension with intrauterine levonorgestrel: Reply | 348 |
| Exhibit 25 | Therapeutic Advances in Drug Safety \| Risk of intracranial hypertension with intrauterine levonorgestrel | 349 |
| Exhibit 26 | OpenVigil Search 4/7/2016 including Text to Columns after Concatenate | 367 |
| Exhibit 27 | Signal Assessment \| Mirena - Idiopathic intracranial Hypertension (IIH) MIR_KCOPLEY_JSEU_0000046 - MIR_KCOPLEY_JSEU_0000067 | 384 |
| Exhibit 28 | Master RR Case Number CLINICAL TRIAL CASE MIR_KCOPLEY_JSEU_00000022 | 387 |

Page 9

| | | |
|---|---|---|
| Exhibit 29 | Master RR Case Number Analysis Narrative MIR_KCOPLEY_JSEU_00000022 | 392 |



David B. Ross, M.D., Ph.D., MBI

Page 38

1  A. From 2007.
2  Q. It's an article by Dr. Feigal on
3  pharmacovigilance and the role of the FDA, correct?
4  A. I would say, in terms of the issues he
5  discusses, I would say he does have expertise in
6  this area.
7  Q. In the areas of pharmacovigilance and
8  the FDA.
9  A. Yes.
10  Q. And he's someone -- you look to his
11  publications in thinking through your opinions?
12  MS. HORNER: Object to form.
13  THE WITNESS: I would say there are --
14  there's information in here that I find useful.
15  BY MR. SCHMIDT:
16  Q. Did you know it before you read it in
17  Dr. Feigal's article, the information that you
18  found useful?
19  MS. HORNER: Object to form.
20  THE WITNESS: I certainly knew it on the
21  basis of my own experience, but it's always helpful
22  to have somebody who expresses the same view.
23  BY MR. SCHMIDT:
24  Q. Okay. Did you know Dr. Feigal at the

Page 39

1  FDA?
2  A. Yes.
3  Q. And did you know him personally?
4  A. Yes.
5  Q. Did you know him to be dedicated at the
6  FDA to patient safety from your experience with
7  him?
8  A. I'm -- it was almost 20 years ago, so
9  bear with me. The only -- to be honest with you,
10  the only -- and, again, this is 20 years ago. I
11  had started there in '96. He was the office
12  director at the microbial office.
13  The only conversation I remember being part
14  of with him is one in which he pointed out that the
15  manufacturer of thalidomide, which is a drug, as we
16  all know, that's associated with severe birth
17  defects, had never admitted that the drug caused
18  birth defects despite overwhelming evidence. I
19  will say that in 2012 the successor company, which
20  I believe was Grunenthal, did finally admit that
21  thalidomide was associated with that adverse event.
22  Q. Let me -- I don't want to take us on a
23  detour. Was he senior to you at the FDA when you
24  were there together, Dr. Feigal?

Page 40

1  A. Yes.
2  Q. Was he -- did you -- were you in a
3  reporting chain with him?
4  A. Yes.
5  Q. How direct was the reporting chain?
6  A. It was a couple levels removed.
7  Q. So he was a couple levels above you at
8  the FDA, Dr. Feigal was?
9  A. Yes.
10  Q. Did you ever, given your experience with
11  him, have reason -- well, strike that.
12  You understand that the FDA is a consumer
13  protection agency.
14  A. Among other functions, yes.
15  Q. Yes. And that its job is on behalf of
16  the United States federal government to regulate
17  the safety and efficacy of -- of drugs.
18  A. That is its statutory mission.
19  Q. Did you ever have concern about, based
20  on your experience with Dr. Feigal, about his
21  dedication to performing those missions?
22  MS. HORNER: Objection to form. I
23  believe he said he doesn't remember much.
24  MR. SCHMIDT: Please don't coach.

Page 41

1  THE WITNESS: I -- I can't -- I can't
2  recall any specific issues. Again, this was a long
3  time ago.
4  BY MR. SCHMIDT:
5  Q. Have you come across him since other
6  than in this case?
7  A. There's a previous case in which we were
8  retained by counsel for different sides on a case.
9  Q. I've marked as Exhibit -- what was that
10  case?
11  A. That was Wendell versus
12  Johnson & Johnson, Teva Pharmaceuticals and Abbott,
13  I believe.
14  Q. What was the product or the drug
15  involved in that case?
16  A. Well, there were multiple products.
17  There was Remicade, Humira and 6-mercaptopurine.
18  Q. Were you testifying on behalf of the
19  plaintiffs or defendants?
20  A. Plaintiffs.
21  Q. How many times have you testified on
22  behalf of plaintiffs, either by preparing a report
23  or giving a deposition or testifying at trial?
24  MS. HORNER: Objection to form.

11 (Pages 38 to 41)

Golkow Technologies, Inc. - 1.877.370.DEPS



```
                                        Page 466
  1        - - - - - -
  2           E R R A T A
  3        - - - - - -
  4
  5     PAGE  LINE  CHANGE
  6     ____  ____  _____
  7         REASON: _____
  8     ____  ____  _____
  9         REASON: _____
 10     ____  ____  _____
 11         REASON: _____
 12     ____  ____  _____
 13         REASON: _____
 14     ____  ____  _____
 15         REASON: _____
            ____  ____  _____
 16         REASON: _____
 17     ____  ____  _____
 18         REASON: _____
 19     ____  ____  _____
 20         REASON: _____
 21     ____  ____  _____
 22         REASON: _____
 23     ____  ____  _____
 24         REASON: _____
```

```
                                        Page 467
  1        ACKNOWLEDGMENT OF DEPONENT
  2
  3         I,_____, do
  4    hereby certify that I have read the
  5    foregoing pages, and that the same is
  6    a correct transcription of the answers
  7    given by me to the questions therein
  8    propounded, except for the corrections or
  9    changes in form or substance, if any,
 10    noted in the attached Errata Sheet.
 11
 12
 13        _____
 14      DAVID B. ROSS, M.D., PH.D., MBI    DATE
 15
 16
 17    Subscribed and sworn
 18    to before me this
 19    _____ day of _____, 20____.
 20    My commission expires:_____
 21
 22    _____
 23    Notary Public
 24
```

```
                                        Page 468
  1         C E R T I F I C A T E
  2
  3         I, LINDA S. KINKADE, Registered Diplomate
  4    Reporter, Certified Realtime Reporter, Registered
  5    Merit Reporter, Certified Shorthand Reporter, and
  6    Notary Public, do hereby certify that prior to the
  7    commencement of examination the deponent herein was
  8    duly sworn by me to testify truthfully under
  9    penalty of perjury.
 10         I FURTHER CERTIFY that the foregoing is a
 11    true and accurate transcript of the proceedings as
 12    reported by me stenographically to the best of my
 13    ability.
 14         I FURTHER CERTIFY that I am neither counsel
 15    for nor related to nor employed by any of the
 16    parties to this case and have no interest,
 17    financial or otherwise, in its outcome.
 18         IN WITNESS WHEREOF, I have hereunto set my
 19    hand and affixed my notarial seal this 11th day of
 20    April 2016.
 21         My commission expires: July 31, 2017
 22    _____
 23    NOTARY PUBLIC IN AND FOR
 24    THE DISTRICT OF COLUMBIA
```